# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Woodrow & Peluso LLC<br>Aaron D. Aftergood (239853)<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>TELEPHONE NO: (720) 907-7628   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff, BENJAMIN KARTER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 751 West Santa Ana Blvd.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Civil Complex Center

PLAINTIFF / PETITIONER: BENJAMIN KARTER, individually and on behalf of all others similarly situated
DEFENDANT / RESPONDENT: Epiq Systems, Inc.

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER:
30-2020-01145269-CU-MC-CXC

Ref. No. or File No.:
4649699 (7788-01)

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: Summons; Complaint
3. a. Party served *(specify name of party as shown on documents served)*:
      Epiq Systems, Inc
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Chris Matulich, Cogency Global Inc., Agent for Service
4. Address where the party was served:
   1325 J Street Suite 1550, Sacramento, CA 95814
5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Tue, Jun 30 2020   (2) at *(time)*: 12:29 PM
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place
      where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
      from *(city)*:   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |
|---|---|---|

Ex. A   PG.8

| PLAINTIFF / PETITIONER: BENJAMIN KARTER, individually and on behalf of all others similarly situated | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: **Epiq Systems, Inc.** | 30-2020-01145269-CU-MC-CXC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on *(date)*:         (2) from *(city)*:
      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: Epiq Systems, Inc
       under the following Code of Civil Procedure section:
       ☒ 416.10 (corporation)                       ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)                 ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                        ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
   a. Name:                 **Michael Van Hooser**
   b. Address:             **17942 Sky Park Circle, Suite G, Irvine, CA 92614**
   c. Telephone number: **(949) 777-5496**
   d. The fee for service was:
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor
         (ii) Registration No: 2015-16
         (iii) County: **Sacramento**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 06-23-20

**Michael Van Hooser**                                   */s/ M. Van Hooser*

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)           (SIGNATURE)