Name and address:

Jean P. Nogues (SBN 84445)
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Benjamin Karter, individually and on behalf of all others similarly situated

Plaintiff(s),

v.

Epiq Systems, Inc.

Defendant(s).

CASE NUMBER

8:20-cv-01385-CJC-KES

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

## SECTION I - INFORMATION

Buchanan, Michael F.
Applicant's Name (Last Name, First Name & Middle Initial)

check here if federal government attorney ☐

Patterson Belknap Webb & Tyler LLP
Firm/Agency Name

1133 Avenue of the Americas
Street Address

New York, NY 10036
City, State, Zip Code

(212) 336-2000
Telephone Number

(212)336-2222
Fax Number

mfbuchanan@pbwt.com
E-mail Address

I have been retained to represent the following parties:

Epiq Systems, Inc.

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:
☐ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

Name(s) of Party(ies) Represented

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| New York | 6/14/1993 | Yes |
| New Jersey | 8/31/1995 | Yes |
| District of New Jersey | 4/1/2008 | Yes |

G-64 (02/20)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE   Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:17-cv-5247-JFW-JEM | Arrow Electronics, Inc. v. Aetna Casualty & Surety | 12/4/2019 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated _August 3, 2020_

Michael F. Buchanan
Applicant's Name (please type or print)

_/s/ Michael F. Buchanan_
Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Nogues, Jean P.
*Designee's Name (Last Name, First Name & Middle Initial)*

Mitchell Silberberg & Knupp LLP
*Firm/Agency Name*

2049 Century Park East, 18th Floor
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310) 312-3152
*Telephone Number*

(310) 231-8352
*Fax Number*

jpn@msk.com
*Email Address*

84445
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 8/6/20

Jean P. Nogues
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information

Southern District of New York – 1/24/1995 – Active Member in Good Standing
Eastern District of New York – 1/31/1995 – Active Member in Good Standing
Third Circuit Court of Appeals – 6/22/2009 – Active Member in Good Standing
Federal Circuit Court of Appeals – 2/3/2010 – Active Member in Good Standing
U.S. Supreme Court – 1/7/2013 – Active Member in Good Standing
Second Circuit Court of Appeals – 1/29/2015 – Active Member in Good Standing
Ninth Circuit Court of Appeals – 6/28/2018 – Active Member in Good Standing
District of Colorado – 1/7/2020 – Active Member in Good Standing

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## Michael Francis Buchanan

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 14, 1993**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

**July 31, 2020**

*Clerk of the Court*

5296

| | |
|---|---|
| 1 | JEAN PIERRE NOGUES (SBN 84445) |
| 2 | E-Mail: jpn@msk.com |
|   | Mitchell Silberberg & Knupp LLP |
| 3 | 2049 Century Park East, 18th Floor |
|   | Los Angeles, CA 90067-3120 |
| 4 | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |

JEAN PIERRE NOGUES (SBN 84445)
E-Mail: jpn@msk.com
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

MICHAEL F. BUCHANAN (*Pro Hac Vice application pending*)
E-Mail: mfbuchanan@pbwt.com
PETER A. NELSON (*Pro Hac Vice application pending*)
E-Mail: pnelson@pbwt.com
KADE N. OLSEN (*Pro Hac Vice application pending*)
E-Mail: kolsen@pbwt.com
CHRISTOPHER WILDS (*Pro Hac Vice application pending*)
E-Mail: cwilds@pbwt.com

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Defendant
Epiq Systems, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BENJAMIN KARTER, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EPIQ SYSTEMS, INC., <br><br> Defendant. | CASE NO. 8:20-cv-01385-CJC-KES <br><br> **DECLARATION OF MICHAEL F. BUCHANAN IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*** |

I, Michael F. Buchanan, declare and state as follows:

---

DECLARATION OF MICHAEL F. BUCHANAN IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*

1

1. I am a partner at Patterson Belknap Webb & Tyler LLP ("Patterson Belknap") for Defendant Epiq Systems, Inc. ("Epiq"), in the above-captioned case.

2. I am an attorney in good standing, admitted to practice before the bar of the state of New York and the bar of the state of New Jersey.

3. My *pro hac vice* application is being submitted simultaneously with this declaration.

4. L.R. 83-2.1.3.3 (d) requires that an attorney seeking admission *pro hac vice* submit a Certificate of Good Standing from each state bar in which the applicant is a member, issued within thirty (30) days. A Certificate of Good Standing from the state of New York is being submitted with this application.

5. The Coronavirus (COVID-19) Guidance provided by the Central District of California provides that attorneys seeking admission *pro hac vice* may submit a declaration that the court responsible for issuing their certificate of good standing is closed or is not issuing certificates of good standing due to COVID-19.

6. I was admitted to the bar of the State of New Jersey. As a result, the Supreme Court of the State of New Jersey is the court that is responsible for issuing my Certificate of Good Standing.

7. On July 31, 2020, I submitted a request for a Certificate of Good Standing to the Supreme Court of the State of New Jersey.

8. The form to be used when requesting a Certificate of Good Standing in New Jersey states that requests for Certificates of Good Standing are generally processed within three to five business days. This estimated time for processing requests does not include any delays attributable to the COVID-19 pandemic.

9. The Supreme Court of the State of New Jersey does not provide electronic versions of certificates of good standing. Therefore, once processed, the certificate will be returned to me by regular mail or FedEx.

---

DECLARATION OF MICHAEL F. BUCHANAN IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*
2

10. As a result, it is not clear whether the Supreme Court of the State of New Jersey currently is able to issue a Certificate of Good Standing in a timely manner.

11. As soon as a Certificate of Good Standing is issued, I will file that certificate with the Court in further support of my *pro hac vice* application.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2020 at New York, New York

_____
Michael F. Buchanan