JEAN PIERRE NOGUES, SBN 84445, jpn@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-3152
Facsimile: (310) 312-3100

MICHAEL F. BUCHANAN (*Pro Hac Vice*)
    mfbuchanan@pbwt.com
PETER A. NELSON (*Pro Hac Vice*)
    pnelson@pbwt.com
KADE N. OLSEN (*Pro Hac Vice*)
    kolsen@pbwt.com
JEFFREY C. SKINNER (*Pro Hac Vice*)
    jskinner@pbwt.com
CHRISTOPHER WILDS (*Pro Hac Vice*)
    cwilds@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2350
Facsimile: (212) 336-2222

*Attorneys for Defendant Epiq Systems, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIQ SYSTEMS, INC., a Missouri corporation,<br><br>Defendant. | CASE NO. 8:20-cv-01385-CJC-KES<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MICHAEL O'CONNOR IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:   Oct. 5, 2020<br>Time:   1:30pm<br>Place:  Courtroom 9B<br>Judge:  Honorable Cormac J. Carney<br>Date Action Filed:   July 29, 2020 |

I, Michael O'Connor declare under penalty of perjury as follows:

1. At all times herein mentioned, I am and have been employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq Class Action"), a subsidiary of defendant Epiq Systems, Inc. ("Epiq Systems").

2. I currently am a Vice President at Epiq Class Action and a licensed attorney in Oregon. I received my Juris Doctor from the University of Oregon Law School in 1997 and my Bachelor of Arts degree from Yale University in 1994.

3. I have personal knowledge of the facts set forth below and, if called and sworn as a witness, would and could testify as set forth in this Declaration.

4. I understand that the plaintiff, Benjamin Karter, asserts that he submitted a "tax form" containing personal information to Epiq Systems "in relation to a class action settlement which Epiq administered." (Compl. ¶ 20.)

5. I understand that he further alleges that Epiq Systems was subject to a ransomware and malware attack, which resulted in the "exfiltrat[ion]" of his and other California residents' "sensitive data on Epiq's network(s)." (Compl. ¶ 5.) That data, Mr. Karter alleges, "is now in the hands of the perpetrators [of the attack]." (*Id.*) I understand that Epiq Systems disputes these allegations.

6. I also understand that Mr. Karter is seeking to recover damages on behalf of himself and a purported class of all California residents whose data was allegedly compromised by a ransomware attack.

7. Epiq Class Action is legally separate and distinct from Epiq Systems. Epiq Systems is a Missouri corporation with its principal place of business in New York. Epiq Systems provides a variety of legal services for law firms, corporations, and governmental agencies through a number of wholly-owned legally distinct entities. Among other things, Epiq Systems assists its clients in collecting electronic data, processes electronic discovery, and performs document review.

8. Epiq Class Action is a Rhode Island corporation with its principal place of business in Beaverton, Oregon. Epiq Class Action is a wholly-owned subsidiary of Epiq Systems. Epiq Class Action administers settlements and judgments, including settlements and judgments in class actions. Epiq Class Action's case administration services include coordination of all notice requirements, design of direct-mail notices, establishment and implementation of notice fulfillment services, notice website development and maintenance, receipt and processing of opt-outs, claims database management, claim adjudication, funds management, and award calculations and distribution services.

9. Epiq Class Action and Epiq Systems each maintain their own distinct registered addresses and registered agents. Epiq Class Action's registered address is 501 Kansas Avenue, Kansas City, KS 66105. Its registered agent is Cogency Global Inc. Epiq Systems' registered address is 221 Bolivar, Jefferson City, MO 65101. Its registered agent is CSC-Lawyers Incorporating Service Company.

10. Epiq Class Action maintains its own management team.

11. Epiq Class Action has a separate and unique Federal Employer Identification Number from Epiq Systems.

12. Epiq Class Action has separate employees from Epiq Systems, including personnel in human resources, finance, sales, customer services and other roles. Epiq Class Action employs dedicated information technology personnel and software developers who work solely within the class action business.

13. Epiq Class Action develops and utilizes its own proprietary software applications as part of its "Claims Matrix" system. The proprietary software applications that make up Claims Matrix are not used by Epiq Systems or any other Epiq Systems subsidiaries.

14. Epiq Class Action maintains separate financial and accounting records from Epiq Systems. Epiq Class Action maintains its own profit and loss and revenue

1  records. In states that do not allow for consolidated filings, Epiq Class Action files
2  separate state taxes from Epiq Systems.

3      15.    Epiq Class Action is retained by law firms and class action
4  defendants, and appointed by courts, to administer class actions.

5      16.    Epiq Class Action also contracts directly with its clients, including law
6  firms, corporate class action defendants, and occasionally the court system. Individual
7  class members who submit claims or whose information is provided to Epiq Class
8  Action are not clients or customers of Epiq Class Action.

9      17.    In connection with its class action administration services, Epiq Class
10 Action often receives information from class members, such as Mr. Karter. Such
11 information is necessary for Epiq Class Action, for example, to provide settlement
12 payments to class members. Data received by Epiq Class Action may contain personal
13 information, such as an individual's name, address, and social security number. Often
14 this information is provided to Epiq Class Action by its clients—the law firms or
15 corporate class action defendants—but in some cases it receives the information
16 directly from potential class members.

17     18.    Epiq Class Action's use of class members' personal information, such as
18 an individual's social security number, is limited to the provision of class action
19 administration services to Epiq Class Action's clients. Epiq Class Action's Standard
20 Services Agreement, which is included in all contracts between Epiq Class Action
21 and the clients on whose behalf it administers class action settlements, provides that:
22 "Each Receiving Party shall use such [confidential information received from the
23 other party] *only for the purposes of fulfilling their obligations hereunder*, and not
24 disclose to any third party any [confidential information] other than in connection
25 with fulfilling the Receiving Party's obligations hereunder." (Emphasis added.) A
26 copy of Epiq Class Action's Standard Services form is attached to this declaration as
27 **Exhibit A**.

28

3
DECLARATION OF MICHAEL O'CONNOR IN SUPPORT OF MOTION TO DISMISS

19. The websites created by Epiq Class Action to facilitate class action administration services, including submission of claim applications from class members, all include a link to a privacy policy, which provides in part:

> In connection with the claims administration process, you may be asked to provide certain information, including, but not limited to, name, postal address, telephone number and transactional account data. *The information collected will be used solely for the purposes of the Settlement and the claims administration process*, as governed by the Court.

(Emphasis added.) Paper claim forms that class members complete and submit also direct class members to visit the website for further information.

20. Personal information that Epiq Class Action receives from individuals as part of its class action administration services remains encrypted at two levels while in Epiq Class Action's system. *First*, the databases that store individuals' information are encrypted while the data is at rest. *Second*, database fields containing individuals' sensitive information, such as social security numbers, are encrypted.

21. No employees of Epiq Systems or any of its subsidiaries other than Epiq Class Action have access to data Epiq Class Action receives as part of its class action administration services.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 4, 2020

/s/ _Michael O'Connor_
Michael O'Connor