```
                                    FILED
                             CLERK, U.S. DISTRICT COURT

                                   10/26/2020

                             CENTRAL DISTRICT OF CALIFORNIA
                             BY:      CW        DEPUTY
```

1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  BENJAMIN KARTER, individually and on behalf of all others similarly situated, | CASE NO. 8:20-cv-01385-CJC-KES |
| 12 | |
| 13 | **ORDER CONTINUING HEARING ON MOTION TO DISMISS (DKT. 40)** |
| 14  Plaintiff, | |
| 15  v. | Current Hearing Date: November 9, 2020 |
| 16  EPIQ SYSTEMS, INC., a Missouri corporation, | New Hearing Date: November 16, 2020 |
| 17 | Current Reply Brief Deadline: October 26, 2020 |
| 18  Defendant. | |
| 19 | New Reply Brief Deadline: November 2, 2020 |

Plaintiff Benjamin Karter ("Karter") and Defendant Epiq Systems, Inc. ("Epiq") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request that this Court continue the hearing on Epiq's Notice of Motion and Motion to Dismiss (Dkt. No. 35) from November 9, 2020 to November 16, 2020. Accordingly, the Parties also stipulate and respectfully request that this Court continue the deadlines in which Defendant's reply brief to be filed on or before October 26, 2020 to November 2, 2020.

WHEREAS, the Court having reviewed the stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED THAT the hearing on Defendant's Notice of Motion and Motion to Dismiss is continued from November 9, 2020 to November 16, 2020, as well as that the time within which Defendant has to file and serve its reply brief is extended up to and including November 2, 2020.

DATED: October 26, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE