Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: (720) 213-0676

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the alleged Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIQ SYSTEMS, INC.,<br><br>Defendant. | CASE NO.:<br>8:20-cv-01385-CJC-KES |

## JOINT STATEMENT RE NOTICE OF INTENT (DKT. 38)

Plaintiff Benjamin Karter ("Plaintiff" or "Karter") and Defendant Epiq Systems, Inc. ("Defendant" or "Epiq") jointly submit this statement in accordance with the Court's September 17, 2020 Notice of Intent.

On September 17, 2020, the Court provided notice that it intends to issue a Scheduling Order in this case on December 7, 2020. (Dkt. 38.) On November 9, 2020, the Court denied without prejudice Defendant's Motion to Dismiss and

1

JOINT STATEMENT RE NOTICE OF INTENT

permitted a period of jurisdictional discovery. (Dkt. 41.) The Court established the following deadlines related to jurisdictional discovery:

    January 25, 2021 – Deadline to complete jurisdictional discovery

    February 8, 2021 – Deadline to amend complaint if Plaintiff so chooses

    February 22, 2021 – Deadline for Defendant to respond to complaint

(*Id.*)

In light of the Court's schedule regarding jurisdictional discovery, the Parties believe a Rule 26(f) report and complete case schedule is premature at this time. The Parties propose that the Court reschedule the case management conference for a date after February 22, 2021 to establish a schedule for the remainder of the case.

November 20, 2020

Respectfully Submitted,

By: /s/ Patrick H. Peluso

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H Peluso *
ppeluso@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, CO  80210
Telephone:  720-213-0675
Facsimile:  303-927-0809

**Counsel for Plaintiff and the alleged Class**

By: /s/ Michael F. Buchanan

Michael F. Buchanan (*pro hac vice*)
mfbuchanan@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2350
Facsimile:   (212) 336-2222

**Counsel for Defendant Epiq Systems, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 20th day of November, 2020 to all counsel of record.

/s/ Patrick H. Peluso

JOINT STATEMENT RE NOTICE OF INTENT