

**FILED**
CLERK, U.S. DISTRICT COURT

1/8/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EPIQ SYSTEMS, INC., a Missouri corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-01385-CJC-KES<br><br>**ORDER CONTINUING DEADLINES FOR JURISDICTIONAL DISCOVERY (DKT. 46)** |

Defendant Epiq Systems, Inc. ("Epiq Systems") and Plaintiff Benjamin Karter ("Karter") (collectively, the "Parties") by and through their counsel of record, hereby stipulate and respectfully request that this Court continue the deadlines set forth for jurisdictional discovery.

WHEREAS, the Court having reviewed the stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED THAT

1. The deadlines for jurisdictional discovery shall be extended and modified as follows:

   - February 19, 2021 – Deadline to complete jurisdictional discovery
   - March 5, 2021 – Deadline to amend complaint if Plaintiff so chooses
   - March 19, 2021 – Deadline for Defendant to respond to complaint

2. The Court CONTINUES the date it intends to issue its Scheduling order to March 25, 2021.

DATED: January 8, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE