| | |
|---|---|
| 1 | JEAN PIERRE NOGUES (SBN 84445) |
| 2 | jpn@msk.com |
|   | MITCHELL SILBERBERG & KNUPP LLP |
| 3 | 2049 Century Park East, 18th Floor |
|   | Los Angeles, CA 90067 |
| 4 | Telephone:  (310) 312-3152 |
| 5 | Facsimile:   (310) 312-3100 |
| 6 | MICHAEL F. BUCHANAN (*Pro Hac Vice*) |
| 7 | mfbuchanan@pbwt.com |
|   | PETER A. NELSON (*Pro Hac Vice*) |
| 8 | pnelson@pbwt.com |
| 9 | JEFFREY C. SKINNER (*Pro Hac Vice*) |
|   | jskinner@pbwt.com |
| 10 | PATTERSON BELKNAP WEBB & TYLER LLP |
| 11 | 1133 Avenue of the Americas |
|    | New York, New York 10036 |
| 12 | Telephone:  (212) 336-2350 |
| 13 | Facsimile:   (212) 336-2222 |
| 14 | *Counsel for Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc.* |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARTER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EPIQ SYSTEMS, INC., a Missouri corporation, and EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC., a Rhode Island corporation, <br><br> Defendants. | CASE NO. 8:20-cv-01385-CJC-KES <br><br> <u>CLASS ACTION</u> <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> [Memorandum of Points and Authorities filed herewith] <br> [Fed. R. Civ. P. 12(b)(6)] <br> Date:     July 19, 2021 <br> Time:    1:30pm <br> Place:    Courtroom 9B <br> Judge:   Honorable Cormac J. Carney <br> Date Action Filed:     July 29, 2020 |

DEFENDANTS' NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 19, 2021, or as soon thereafter as this matter may be heard in the United States District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, CA, 92701-4516, before the Honorable Cormac J. Carney, United States District Judge, Defendants Epiq Systems, Inc. ("Epiq Systems") and Epiq Class Action & Claims Solutions, Inc. ("Epiq Class Action") (collectively, "Defendants") will and hereby do move this Court for an order dismissing Plaintiff Benjamin Karter's Second Amended Complaint with prejudice on the grounds that:

(i) Plaintiff cannot meet the threshold requirement of showing that either Defendant is a covered "business" under the California Consumer Privacy Act ("CCPA")—a prerequisite for bringing a private cause of action under the statute—and therefore fails to state a claim under the CCPA as a matter of law; and

(ii) Plaintiff has failed to plausibly allege that his "personal information" was "exfiltrated" in a "nonencrypted and nonredacted" form as a result of the ransomware attack suffered by Defendants, and therefore fails to state a claim under the CCPA as a matter of law.

This Motion is made following conference of counsel pursuant to Local Rule 7-3, which took place on May 7, 2021.

Defendants' Motion is based upon this Notice; Defendants' Memorandum of Points and Authorities in Support of their Motion to Dismiss the Second Amended Complaint; all pleadings and records on file herein; and such further argument and evidence as the Court may consider.

Dated: June 1, 2021

Dated:  June 1, 2021

MITCHELL SILBERBERG & KNUPP LLP

*/s/ Jean Pierre Nogues*
　　　　Jean Pierre Nogues

2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone:  (310) 312-3152
Facsimile:   (310) 312-3100

MICHAEL F. BUCHANAN (*Pro Hac Vice*)
mfbuchanan@pbwt.com
PETER A. NELSON (*Pro Hac Vice*)
pnelson@pbwt.com
JEFFREY C. SKINNER (*Pro Hac Vice*)
jskinner@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2350
Facsimile:   (212) 336-2222

*Counsel for Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc.*

12770875v.1

3
DEFENDANTS' NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT