**WOODROW & PELUSO, LLC**
Steven L. Woodrow (*pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H Peluso (*pro hac vice*)
ppeluso@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (SBN 239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

*Counsel for Plaintiff and the Proposed Class*

**PATTERSON BELKNAP WEBB & TYLER LLP**
Michael F. Buchanan (*pro hac vice*)
mfbuchanan@pbwt.com
Peter A. Nelson (*pro hac vice*)
pnelson@pbwt.com
Michael Sochynsky (*pro hac vice*)
msochynsky@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2350
Facsimile: (212) 336-2222

**MITCHELL SILBERG & KNUPP LLP**
Jean Pierre Nogues (SBN 84445)
jpn@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-3152
Facsimile: (310) 312-3100

*Counsel for Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BENJAMIN KARTER,
individually and on behalf of all others
similarly situated,

Plaintiff,

v.

EPIQ SYSTEMS, INC., a Missouri
corporation, and EPIQ CLASS ACTION &
CLAIMS SOLUTIONS, INC., a Rhode
Island corporation,

Defendants.

CASE NO. 8:20-cv-01385-CJC-KES

CLASS ACTION

**JOINT STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER**

Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc. (collectively "Defendants") and Plaintiff Benjamin Karter ("Plaintiff") (together with Defendants, the "Parties") by and through their counsel of record, hereby stipulate and respectfully request that this Court modify (but not enlarge) the case schedule set out in the Court's August 19, 2021 scheduling order.  *See* ECF 73 ("Scheduling Order").

The Scheduling Order requires the parties to complete all discovery by June 23, 2022, but does not provide any interim discovery deadlines, such as for substantial completion of document productions, fact discovery, or expert discovery. The Scheduling Order also requires Plaintiff to file and have heard any motion for class certification by January 24, 2022, even though it is unlikely that the parties will have completed all discovery relevant to that motion by that time.

The parties believe that modifying the case schedule as set out below will help streamline the case, and also reduce, if not eliminate, any potential disputes regarding the timing and sequencing of discovery.  In addition, deferring the deadline for Plaintiff's class certification motion will allow the parties to complete all discovery before proceeding to motions, and will likewise eliminate any disputes over which discovery must be completed in advance of the class certification motion.  Together, these modifications will provide for more orderly and efficient discovery and pre-trial motion practice, while also maintaining the overall case schedule previously set by the Court.

Accordingly, the parties respectfully request that the Court endorse the following modified case schedule, which maintains the Court's previously set dates for a pretrial conference and jury trial, but (a) adds interim discovery deadlines; and (b) permits Plaintiff to file his class certification motion at any time before August 22, 2022, the current deadline for all other dispositive motions:

[1] The parties shall have until December 1, 2021 to serve initial disclosures.

JOINT STIPULATION AND REQUEST

[2] The parties shall have until March 3, 2022 to substantially complete document productions (including for both merits and class discovery).

[3] All fact discovery, including the completion of depositions, shall be completed by April 14, 2022.

[4] The parties shall have until May 5, 2022 to serve any opening expert reports.

[5] The parties shall until June 2, 2022 to serve any rebuttal expert reports.

[6] All expert discovery, including the completion of depositions, shall be completed by June 23, 2022.  All discovery motions must be filed and heard prior to this date.

[7] The parties shall have until August 22, 2022 to file and have heard all other motions, including any dispositive motions, motions to join or amend the pleadings, or a motion for class certification.

[8] A pretrial conference will be held on **Monday, October 24, 2022 at 03:00 PM.**  Full compliance with Local Rule 16 is required.

[9] The case is set for a **jury trial, Tuesday, November 1, 2022 at 08:30 AM.**

[10] The parties are referred to ADR Procedure No. 3 – Private Mediation. The parties shall have until July 7, 2022 to conduct settlement proceedings.  The parties shall file with the Court a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status.

2

JOINT STIPULATION AND REQUEST

1

2    Dated:  November 16, 2021          By: /s/ *Jean Pierre Nogues*

3                                           Jean Pierre Nogues

4                                       PATTERSON BELKNAP WEBB & TYLER LLP

5                                       1133 Avenue of the Americas
                                        New York, New York 10036
6                                       Telephone:  (212) 336-2350
                                        Facsimile:   (212) 336-2222
7

8                                       MITCHELL SILBERBERG & KNUPP LLP

9                                       Jean Pierre Nogues, SBN 84445
                                        2049 Century Park East, 18th Floor
10                                      Los Angeles, CA 90067
                                        Telephone:   (310) 312-3152
11                                      Facsimile:    (310) 312-3100

12

13                                      *Attorneys for Defendants Epiq Systems, Inc. and*
                                        *Epiq Class Action & Claims Solutions, Inc.*
14

15                                      By: /s/ *Patrick H. Peluso*

16                                      Steven L. Woodrow (*pro hac vice*)
                                        swoodrow@woodrowpeluso.com
17                                      Patrick H Peluso (*pro hac vice*)
                                        ppeluso@woodrowpeluso.com
18                                      WOODROW & PELUSO, LLC

19                                      3900 East Mexico Avenue, Suite 300
                                        Denver, CO 80210
20                                      Telephone:  (720) 213-0675
                                        Facsimile:   (303) 927-0809
21

22                                      *Counsel for Plaintiff and the alleged Class*

23

24

25

26

27

28

                                        3            JOINT STIPULATION AND REQUEST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to Rule 5-4.3.4 (a)(2) of the United States District Court for the Central District of California Local Rules, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained Mr. Peluso's authorization to affix his electronic signature to this document.

Dated: November 15, 2021       JEAN PIERRE NOGUES MITCHELL
                               SILBERBERG & KNUPP LLP


                               /s/ Jean Pierre Nogues
                                   Jean Pierre Nogues
                               *Attorney for Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc.*

4