**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN KARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIQ SYSTEMS, INC., a Missouri corporation, and EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC., a Rhode Island corporation,<br><br>Defendants. | CASE NO. 8:20-cv-01385-CJC-KES<br><br>**ORDER GRANTING MODIFIED SCHEDULING ORDER** |

Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc. (collectively "Defendants") and Plaintiff Benjamin Karter by and through their counsel of record, hereby stipulate and respectfully request that this Court modify the case schedule set out in the Court's August 19, 2021 scheduling order.

WHEREAS, having reviewed the stipulation and good cause appearing therefor, the Court now ORDERS as follows:

[1] The parties shall have until December 1, 2021 to serve initial disclosures.

[2] The parties shall have until March 3, 2022 to substantially complete document productions (including for both merits and class discovery).

[3] All fact discovery, including the completion of depositions, shall be completed by April 14, 2022.

[4] The parties shall have until May 5, 2022 to serve any opening expert reports.

[5] The parties shall until June 2, 2022 to serve any rebuttal expert reports.

[6] All expert discovery, including the completion of depositions, shall be completed by June 23, 2022.  All discovery motions must be filed and heard prior to this date.

[7] The parties shall have until August 22, 2022 to file and have heard all other motions, including any dispositive motions, motions to join or amend the pleadings, or a motion for class certification.

[8] A pretrial conference will be held on **Monday, October 24, 2022 at 03:00 PM.**  Full compliance with Local Rule 16 is required.

[9] The case is set for a **jury trial, Tuesday, November 1, 2022 at 08:30 AM.**

[10] The parties are referred to ADR Procedure No. 3 – Private Mediation. The parties shall have until July 7, 2022 to conduct settlement proceedings.  The parties shall file with the Court a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status.

Dated:  November 17, 2021

_____
Hon. Cormac J. Carney

U.S. District Court for the
Central District of California

2