| | |
|---|---|
| **WOODROW & PELUSO, LLC**<br>Steven L. Woodrow (*pro hac vice*)<br>swoodrow@woodrowpeluso.com<br>Patrick H Peluso (*pro hac vice*)<br>ppeluso@woodrowpeluso.com<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809<br><br>**THE AFTERGOOD LAW FIRM**<br>Aaron D. Aftergood (SBN 239853)<br>aaron@aftergoodesq.com<br>1880 Century Park East, Suite 200<br>Los Angeles, CA 90067<br>Telephone: (310) 550-5221<br>Facsimile: (310) 496-2840<br><br>*Counsel for Plaintiff and the Proposed Class* | **PATTERSON BELKNAP WEBB & TYLER LLP**<br>Michael F. Buchanan (*pro hac vice*)<br>mfbuchanan@pbwt.com<br>Peter A. Nelson (*pro hac vice*)<br>pnelson@pbwt.com<br>Michael Sochynsky (*pro hac vice*)<br>msochynsky@pbwt.com<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2350<br>Facsimile: (212) 336-2222<br><br>**MITCHELL SILBERG & KNUPP LLP**<br>Jean Pierre Nogues (SBN 84445)<br>jpn@msk.com<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 312-3152<br>Facsimile: (310) 312-3100<br><br>*Counsel for Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN KARTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EPIQ SYSTEMS, INC., a Missouri corporation, and EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC., a Rhode Island corporation,<br><br>    Defendants. | Case No.: 9:20-cv-01385-CJC-KES<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Benjamin Karter and Defendants Epiq Systems, Inc. and Epiq Class Action & Claims Solutions, Inc., through their undersigned attorneys, hereby stipulate that the above-captioned action is dismissed with prejudice in its entirety and without attorneys' fees or costs to either party.

Dated: May 5, 2022                     Respectfully submitted,

/s/ Patrick H. Peluso
**WOODROW & PELUSO, LLC**
Steven L. Woodrow (*pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (*pro hac vice*)
ppeluso@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (SBN 239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

*Counsel for Plaintiff and the Proposed Class*

Dated: May 5, 2021                     /s/ Jean Pierre Nogues
**PATTERSON BELKNAP WEBB & TYLER LLP**
Michael F. Buchanan (*pro hac vice*)
mfbuchanan@pbwt.com
Peter A. Nelson (*pro hac vice*)
pnelson@pbwt.com
Michael Sochynsky (*pro hac vice*)
msochynsky@pbwt.com
1133 Avenue of the Americas
New York, New York 10036

Telephone: (212) 336-2110
Facsimile: (212) 336-2111

**MITCHELL SILBERG & KNUPP LLP**
Jean Pierre Nogues (SBN 84445)
jpn@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-3152
Facsimile: (310) 312-3100

*Counsel for Defendants Epiq Systems, Inc.
and Epiq Class Action & Claims Solutions, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 5, 2022                           /s/ Patrick H. Peluso
                                             Patrick H. Peluso

                                             ***Counsel for Plaintiff Benjamin Karter***